# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

KITWANA MANENOH,                                      Civil 08-0652 (JRT/JJK)

                Petitioner,

v.

USCIS AND DENISE FRAZIER,

                Defendants.

_____

                              Civil 08-2450 (JRT/JJK)

KITWANA MANENOH,

                Petitioner,

v.

USCIS DIRECTOR, USCIS DISTRICT          **JOINT ORDER ADOPTING REPORT**
DIRECTOR, DHS SECRETARY, ICE                **AND RECOMMENDATION**
ASSISTANT SECRETARY, AND ICE
FIELD OFFICE DIRECTOR,

                Defendants.

Kitwana Manenoh, #A99 659 601, Ramsey County ADC, ICE/DRO Custody, 425 Grove Street, St. Paul, MN 55101, appearing pro se.

Lonnie Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendants in Cv. No. 08-652 (JRT/JJK).

Friedrich Siekert, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendants in Cv. No. 08-2450 (JRT/JJK).

Based upon the Joint Report and Recommendation by United States Magistrate

Judge Jeffrey J. Keyes dated January 26, 2009, all the files and records, and no objections

having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1.      In Civ. No. 08-2450 (JRT/JJK):

      a.      Petitioner's application for habeas corpus relief under 28 U.S.C.

§ 2254 (Habeas Doc. No. 1), is **DENIED**;

      b.      The action is **DISMISSED WITH PREJUDICE**;

      c.      Respondents' request for an order forcing Petitioner to cooperate

with Respondents' deportation efforts is **DENIED**;

2.      In Civ. No. 08-652 (JRT/JJK):

      a.      The Petition for Immediate Relative Status Approval Pending at

USCIS (Mandamus Doc. No. 1), is **DENIED**; and

      b.      The action is **DISMISSED WITH PREJUDICE**.


Dated: March 18, 2009
at Minneapolis, Minnesota                    _____s/John R. Tunheim_____ ____
                                             JOHN R. TUNHEIM
                                             United States District Judge